ELI MAYO, Appellant, v. CITY OF SACRAMENTO,
Respondent.

No. 1984; October 19, 1870.

**Judgment.**—A Court has the Power to Amend the Judgment entered in order to make the latter conform to the order directing it to be entered, and conform to the findings.

APPEAL from Sixth Judicial District, Sacramento County.

P. Dunlap for appellant; J. G. McCallum for respondent.

CROCKETT, J.—It is clear that the court had authority to amend the judgment entered on the 18th of June, 1868, so as to make it conform to the findings, and to the order of the court directing the judgment to be entered: Swain v. Naglee, 19 Cal. 127; Morrison v. Dapman, 3 Cal. 255; Hegeler v. Hinckell, 27 Cal. 492; Casement v. Ringgold, 28 Cal. 335; Leviston v. Swan, 33 Cal. 480; Atkins v. Sawyer, 1 Pick. (Mass.) 353. And I think it is equally clear that the judgment as amended and the relief granted thereby were within the issues, and were warranted by the pleadings. I am, therefore, of opinion that the judgment ought to be affirmed.

Ordered accordingly.

We concur: Wallace, J.; Rhodes, C. J.